# Return

| Case No.: 7:18mj35 | Date and time warrant executed: 03/27/18 4:54PM | Copy of warrant and inventory left with: records.records@facebook.com |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

1. Electronic file with data associated with Facebook account #100000196542407 (Chauncey Levesy)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

05/11/2018

JULIA C. DUDLEY, CLERK
BY: s/ A. Beeson
DEPUTY CLERK

**Received in Chambers**
By Reliable Electronic Means

May 10, 2018

**Hon. Robert S. Ballou**
**United States Magistrate**

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/10/18

_Executing officer's signature_

John L McPhail Jr, FBI TFO
*Printed name and title*